# United States District Court

EASTERN DISTRICT OF WISCONSIN

JERMAINE A. HAMPTON,
    Petitioner

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,
    Respondent

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 19-C-1393

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition for compensation under the Vaccine Act is dismissed without prejudice for lack of jurisdiction.

| | |
|---|---|
|     10/29/2019 | Stephen C. Dries |
| Date | Clerk |
| | s/L.Smith |
| | (By) Deputy Clerk |